```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

| | | |
|---|---|---|
| HAROLD HILL, | ) | |
| | ) | Case No. |
| Plaintiff, | ) | 5:18-cv-511-JMH |
| | ) | |
| v. | ) | **FINAL JUDGMENT** |
| | ) | |
| TOM JONES, DOUG THOMAS, and | ) | |
| CPT. JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*

Consistent with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** as follows:

(1) Defendants' motion for judgment on the pleadings, [DE 17], is **GRANTED**;

(2) Judgment is **ENTERED** in favor of the Defendants;

(3) That this action be, and same hereby is, **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET**;

(4) That all pending motions be, and the same hereby are, **DENIED AS MOOT**;

(5) That all scheduled deadlines and proceedings be, and the same hereby are, **CONTINUED GENERALLY**; and

(6) That this is a **FINAL** and **APPEALABLE** Judgment and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 17th day of September, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge